In the Matter of the Claim of ETHEL C. WALSH, Appellant. EDWARD CORSI, as Industrial Commissioner, Respondent.— Appeal from a decision of the Unemployment Insurance Appeal Board which affirmed a decision of the Industrial Commissioner disqualifying claimant for unemployment insurance benefits from May 7, 1951, until she again became employed. This determination overruled a decision of a referee which had reversed the initial determination of the commissioner. The basis of the decision appealed from was that claimant had refused, without good cause, an offer of employment for which she was reasonably fitted by training and experience. Appellant's chief contention is that the evidence is insufficient to sustain the board's conclusion. As we view the record only issues of fact were presented and there is substantial evidence to sustain the determination of the board. Appellant has a subsidiary point to the effect that the period of suspension was illegal. This point has been decided adversely to her contention (*Matter of Palmieri* [*Corsi*], 276 App. Div. 417). Nothing was decided to the contrary in *Matter of Stadler* (*Corsi*), (278 App. Div. 719, 865). Decision of the Unemployment Insurance Appeal Board affirmed, without costs. Foster, P. J., Brewster, Bergan and Halpern, JJ., concur.

■

In the Matter of the Claim of EUGENE BLOODGOOD, Respondent, against LEXINGTON FARMS, INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Appeal by employer and its insurance carrier from an award of compensation made by the Workmen's Compensation Board. Claimant was employed in various capacities, as a fireman, separator man and creameryman. It has been found that he sustained accidental injuries, on two different occasions, which arose out of and in the course of his employment. The proof as to his injuries, and their connection with his employment, is so vague that it does not rise to the level of substantial evidence. Award reversed on the law, with costs to appellants and against the Workmen's Compensation Board, and the matter remitted to the board for further consideration if it is so advised. Foster, P. J., Brewster, Bergan and Halpern, JJ., concur.